# Court of Appeals
# of the State of Georgia

ATLANTA,   December 04, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0139.  SARA D. MURRAY et al. v. KEY PROPERTY SERVICES et al.

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Sara Murray appealed to the superior court. On October 27, 2014, the superior court granted summary judgment to Key Property Services. Murray then filed this application for discretionary appeal on November 10, 2014. However, we lack jurisdiction because this application is untimely.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this discretionary application is a dispossessory judgment. OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered. Here, however, Murray filed her application for discretionary appeal 14 days after entry of the order she seeks to appeal. The application is thus untimely, and this application is hereby DISMISSED for lack of jurisdiction



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __12/04/2014__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*